No. 85–1676. McKee et al. v. United States. C. A. 4th Cir. Certiorari denied.

No. 85–1713. Drum v. United States. C. A. 4th Cir. Certiorari denied.

No. 85–1761. Holyoke Water Power Co. v. National Labor Relations Board. C. A. 1st Cir. Certiorari denied.

No. 85–1766. Moss v. Municipal Court of the North Orange County Judicial District (California, Real Party in Interest). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–1770. Gibson et al. v. AT&T Technologies, Inc. C. A. 7th Cir. Certiorari denied.

No. 85–1780. BIC Leisure Products, Inc., et al. v. Windsurfing International, Inc. C. A. Fed. Cir. Certiorari denied.

No. 85–1793. Wainwright, Secretary, Florida Department of Corrections v. Smith. C. A. 11th Cir. Certiorari denied.

No. 85–1803. Slab Fork Coal Co. v. United Virginia Bank et al. C. A. 4th Cir. Certiorari denied.

No. 85–1808. Davis v. Ohio. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 85–1811. Ohio Department of Natural Resources v. Spiers, Trustee. C. A. 6th Cir. Certiorari denied.

No. 85–1817. Avery v. Jennings et al. C. A. 6th Cir. Certiorari denied.

No. 85–1846. Shelton et al. v. City of College Station et al. C. A. 5th Cir. Certiorari denied.

No. 85–1875. Schuchman et ux. v. United States et al. C. A. 7th Cir. Certiorari denied.